1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTONIO RAMIREZ, JR.,                    )   Case No.: 1:14-cv-00978 - --- - JLT
                                               )
12              Plaintiff,                     )   ORDER DENYING PLAINTIFF'S REQUEST
                                               )   FOR APPOINTMENT OF COUNSEL WITHOUT
13        v.                                   )   PREJUDICE
                                               )
14   BAKERSFIELD POLICE DEPT., et al.,         )
                                               )
15              Defendants.                    )
                                               )
16   _____)

17          On June 23, 2014, Plaintiff Antonio Ramirez, Jr. ("Plaintiff") filed a complaint, including a

18   request for appointment of counsel "due to the complexity of [his] complaint."  (Doc. 1 at 3.)

19          Plaintiff is informed that in most civil cases, there is no constitutional right to counsel, but the

20   Court may request an attorney to represent indigent persons.  28 U.S.C. § 1915(e)(1). The Court cannot

21   *require* representation of a plaintiff pursuant to 28 U.S.C. § 1915.  *Mallard v. U.S. District Court for*

22   *the Southern District of Iowa*, 490 U.S. 296, 298 (1989).  Nevertheless, in "exceptional circumstances,"

23   the Court has discretion to request the voluntary assistance of counsel.  *Rand v. Rowland*, 113 F.3d

24   1520, 1525 (9th Cir. 1997).

25          To determine whether "exceptional circumstances exist, the district court must evaluate both the

26   likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in

27   light of the complexity of the legal issues involved."  *Rand*, 113 F.3d at 1525 (internal quotation marks

28   and citations omitted).  Here, Plaintiff has demonstrated that he is able to state his position in an

                                                   1

intelligible manner before the Court.  Further, at this early stage in the proceeding, the Court is unable to make a determination that Plaintiff is likely to succeed on the merits.  Therefore, the Court does not find the required exceptional circumstances at this time.

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff's request for the appointment of counsel is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated:   __**June 30, 2014**__                    _____**/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE