**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO RAMIREZ, JR., | Case No.: 1:14-cv-00978 - AWI - JLT |
| Plaintiff, | ORDER DIRECTING SERVICE OF PLAINTIFF'S COMPLAINT |
| v. | |
| CHAD GARRETT, et al., | |
| Defendants. | |

Antonio Rameriz, Jr. is proceeding *pro se* and *in forma pauperis* in this action for a violation of his civil rightsby officers of the Bakersfield Police Department. Previously, the Court screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and determined Plaintiff stated a cognizable claim for excessive force by Officers Roberts and Petris in violation of the Fourteenth Amendment. (Doc. 5.) Plaintiff filed a notice of his willingness to proceed only on these claims on July 17, 2014. (Doc. 6.)

Accordingly, **IT IS HEREBY ORDERED:**

1. Service of Plaintiff's Complaint (Doc. 1) is appropriate for, and shall be initiated upon the following defendants:
    a. Officer Randy Petris
    b. Officer Scott Roberts
2. The Clerk of Court is DIRECTED to send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy

1

of the Complaint filed June 23, 2014 (Doc. 1);

3. Within twenty-one (21) days from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant to be served;

   b. One completed USM-285 form for each defendant; and

   c. Three (3) copies of the Complaint filed June 23, 2014;

4. The U.S. Marshal is DIRECTED to serve a copy of the Complaint, summons, and this order upon the defendants as directed by Plaintiff in the USM forms.

5. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that theaction be dismissed pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **July 23, 2014**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE