# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RAMIREZ, JR. | Case No.: 1:14-cv-00978 - --- - JLT |
| Plaintiff, | INFORMATIONAL ORDER |
| v. | |
| BAKERSFIELD POLICE DEPT., et al., | |
| Defendants. | |

Antonio Ramirez ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with an action pursuant to 42 U.S.C. § 1983 for violations of his civil rights. Plaintiff seeks information regarding where documents should be mailed, because he noticed that the Court has sent mail from its location in Bakersfield, California.

All documents should be sent to the Clerk's Office in Fresno, California. Any documents that are mailed to the Bakersfield division are forwarded to the Clerk's Office in Fresno to be processed and filed. Accordingly, Plaintiff **SHALL** use the Fresno address when filing documents related to his case.

IT IS SO ORDERED.

Dated: __August 4, 2014__         __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE

1