1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  ANTONIO RAMIREZ, JR.,                    )   Case No.: 1:14-cv-00978 - JLT
                                             )
12            Plaintiff,                      )   ORDER DISMISSING CERTAIN CLAIMS
                                             )
13       v.                                  )   ORDER TERMINATING DEFENDANTS'
                                             )   MOTION TO DISMISS AS MOOT
14  BAKERSFIELD POLICE DEPT. et al.,         )
                                             )
15            Defendants.                     )
                                             )
16  _____ )

17        Previously, the Court screened Plaintiff's complaint for civil rights violations arising under 42

18  U.S.C. § 1983 and determined Plaintiff stated a cognizable claim for excessive force in violation of the

19  Fourteenth Amendment against Officers Petris and Roberts.  (Doc. 5.)  However, Plaintiff failed to

20  state a cognizable claim for a violation of the Fifth Amendment or a violation of equal protection

21  under the Fourteenth Amendment.  (*Id.* at 4-6.)  Further, Plaintiff failed to state a claim against the

22  Bakersfield Police Department, because Plaintiff failed to set forth any factual allegations to suggest

23  that an unconstitutional custom or policy caused his injuries.  (*Id.* at 7.)

24        After the Court issued its order explaining the deficiencies of Plaintiff's complaint, Plaintiff

25  notified the Court of his willingness to proceed only on the claim found cognizable.  (Doc. 7.)

26  Accordingly, the Court authorized service of the complaint to defendants Petris and Roberts.  (Doc. 8.)

27  Because the action was not assigned to a District Judge, Plaintiff's claims were not dismissed by the

28  Court.  Now, however, all parties have consented to the jurisdiction of the Magistrate Judge pursuant

                                             1

to 28 U.S.C. § 636(c)(1). (Docs. 19-20, 25-26.) Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's claim for a violation of the Fifth Amendment is **DISMISSED**;

2. Plaintiff's claim for a violation of his right to equal protection under the Fourteenth Amendment is **DISMISSED**;

3. The Bakersfield Police Department is **DISMISSED** as a defendant;

4. The action **SHALL** proceed only on Plaintiff's claim for excessive force in violation of the Fourteenth Amendment; and

5. Defendants' motion to dismiss[1] (Doc. 12) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated: __December 1, 2014__          _____/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants assert that Plaintiff "fails to allege a statutory mechanism to allege a violation of his Constitutional right." (Doc. 12.) However, on the face of the complaint, Plaintiff indicates that his complaint is filed pursuant to the "Civil Rights Act 42 U.S.C. § 1983." (Doc. 1 at 1.) Because the Court addressed the deficiencies of Plaintiff's complaint previously, and Plaintiff agreed to abandon the challenged claims, Defendants' motion is moot.

2