# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RAMIREZ, JR.,<br><br>       Plaintiff,<br>v.<br><br>BAKERSFIELD POLICE DEPARTMENT, et al.,<br><br>       Defendants. | Case No. 1:14-cv-00978 JLT<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF, ANTONIO RAMIREZ JR. (CDCR # AF4707)** |

    **Antonio Ramirez Jr., CDCR # AF4707**, a necessary and material witness in a scheduling conference in this case on May 4, 2015, is confined at Avenal State Prison, in Avenal, California in the custody of Warden Carl Wofford. In order to secure this inmate's **telephonic** attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **for telephonic appearance** before Magistrate Judge Jennifer L. Thurston, United States Courthouse, 510 19th Street, Bakersfield, California, 93301, on Monday, **May 4, 2015** at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue commanding the Warden to produce the inmate named above to participate **telephonically** (by dialing 661-321-3821) in a scheduling conference at the time and place above, until completion of the conference or as ordered by the court.
2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, ASP, 1 Kings Way, Avenal, CA 93204:**

    **WE COMMAND** you to produce the inmate named above to appear **telephonically** (by dialing 661-321-3821) before Judge Thurston at the time and place above, until completion of the conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

    **FURTHER**, you are **ORDERED** to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

    Dated:   **March 23, 2015**          /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE